FILED

01/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0617

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0617

JOHN ALBERT MULLIGAN,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

JAN 1 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

John Albert Mulligan petitions this Court for an out-of-time appeal. As grounds, he explains that the Montana State Prison has been in lockdown and that he could not access information or forms to pursue a timely appeal. He also moves for appointment of counsel. Mulligan includes several attachments.

M. R. App. P. 4(6) provides that "[i]n the infrequent harsh case and under extraordinary circumstances, amounting to a gross miscarriage of justice, the supreme court may grant an out-of-time appeal."

Mulligan seeks to appeal an October 29, 2020 Missoula County District Court Order dismissing his petition for postconviction relief because Mulligan failed to prosecute any claims.

Mulligan is not entitled to an out-of-time appeal because he has not demonstrated extraordinary circumstances. M. R. App. P. 4(6). He did not argue his concerns below and has not demonstrated the necessity of an appeal here. His attachments provide more information. The crux of his argument concerns the ten-month delay between his oral pronouncement of sentence on revocation on August 16, 2018, and obtaining a written judgment, filed on June 24, 2019. Mulligan contends that this delay in receiving his written judgment affected his parole eligibility calculation and his sentence should be vacated. Mulligan has since obtained a copy of the written judgment as demonstrated in his attachments.

Mulligan's motion cannot proceed either. He represented himself in District Court. Mulligan is not entitled to appointment of counsel in a postconviction proceeding, such as this. Section 46-8-104(1), MCA.

Mulligan, however, retains a remedy. Mulligan may seek relief for any sentence calculation error through filing a petition for a writ of habeas corpus. If he were to file such a pleading, Mulligan must inform this Court with the written reasons and arguments about any alleged illegal incarceration. Accordingly,

IT IS ORDERED that Mulligan's Petition for an Out-of-Time Appeal is DENIED.

IT IS FURTHER ORDERED that his Motion for Appointment of Counsel is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to John Albert Mulligan along with a copy of this Court's Instructions and Petition for a Writ of Habeas Corpus form.

DATED this 12 day of January, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2